

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-94-00513-CR

Danny **COLEMAN,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 93-CR-0677
Honorable Pat Priest, Judge Presiding

# O R D E R

On October 18, 1995, we issued an opinion and judgment in this appeal, affirming the trial court's judgment. We issued the mandate on August 1, 1996. On February 11, 2022, appellant, representing himself, filed a "Motion to Re-open Direct Appeal." This court's plenary power in this appeal has expired, and this court no longer has jurisdiction. *See* TEX. R. APP. P. 19.1 (specifying the period of plenary power); *id.* R. 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment.").

It is so **ORDERED** on this 15th day of February, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

